UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         Plaintiff,        **2ND ORDER OF CONTINUANCE**

-against-

                                           21 Mag. 7760

PHYO HEIN HTUT,

                        Defendant.
-----------------------------------------------------------------X

      Adjourned to October 27, 2021 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: September 29, 2021
       White Plains, New York

                                                    **SO ORDERED:**

                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge