UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Plaintiff,          6TH **ORDER OF CONTINUANCE**

    -against-                              7:21-mj-07760

Phyo Hein Htut
                       Defendant.
-----------------------------------------------------------x

Adjourned to February 16, 2022 by Paul E. Davison, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Upon the granting of a Sixth Order of Continuance in this matter, it is hereby Ordered that for any future Orders of Continuance the application shall be supported by a stipulation signed by lead counsel for both parties, and countersigned by the Defendant, or it shall be supported by personal appearance of lead counsel for both parties at the time such application is made. In the event that a stipulation is submitted, the Court reserves the right to require personal appearance by lead counsel in order to make further inquiry.

Dated: January 19, 2022
       White Plains, New York

SO ORDERED:

Paul E. Davison
United States Magistrate Judge